**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
EDWARD CHILDS, Individually and On Behalf of                      :
Himself and All Others Similarly Situated,                        :
                                                                  :
                                                                  :
              Plaintiff,                                          :
                                                                  :
                                                                  :
        - against -                                               :
                                                                  :
MARK ZUCKERBERG, JAMES W.                                         :     12 Civ. 4156 (RWS)
BREYER, PETER A. THIEL, MARC L.                                   :
ANDREESON, ERKSINE B. BOWLES,                                     :     <u>CLASS ACTION</u>
DONALD E. GRAHAM, and REED                                        :
HASTINGS,                                                         :     **NOTICE OF APPEARANCE**
                                                                  :
                                                                  :
              Defendants,                                         :
                                                                  :
-and-                                                             :
                                                                  :
                                                                  :
FACEBOOK, INC.,                                                   :
                                                                  :
                                                                  :
              Nominal Defendant.                                  :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Facebook, Inc., Mark Zuckerberg,

James W. Breyer, Peter A. Thiel, Marc L. Andreeson, Erksine B. Bowles, Donald E.

Graham, And Reed Hastings.

I certify that I am admitted to practice in this court.

Dated:   New York, New York
        June 14, 2012

KIRKLAND & ELLIS LLP

By:   */s/Brant W. Bishop, P.C.*
     Brant W. Bishop, P.C.

655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200
brant.bishop@kirkland.com