**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD CHILDS, Individually and On Behalf of
Himself and All Others Similarly Situated,

                Plaintiff,

        - against -

MARK ZUCKERBERG, JAMES W.
BREYER, PETER A. THIEL, MARC L.
ANDREESON, ERKSINE B. BOWLES,
DONALD E. GRAHAM, and REED
HASTINGS,

                Defendants,

-and-

FACEBOOK, INC.,

                Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 Civ. 4156 (RWS)

CLASS ACTION

**FACEBOOK, INC.'S RULE**
**7.1 DISCLOSURE**
**STATEMENT**

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Facebook, Inc.
states the following:

Facebook, Inc is a corporation organized under the laws of Delaware, and there is no
publicly held corporation that owns 10% or more of its stock.

1

Dated:   New York, New York
        June 14, 2012

KIRKLAND & ELLIS LLP

By:   */s/Brant W. Bishop, P.C.*
     Brant W. Bishop, P.C.
     Andrew B. Clubok

655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200
brant.bishop@kirkland.com


KIRKLAND & ELLIS LLP
James F. Basile
Elizabeth L. Deeley
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400
Fax:  (415) 439-1500


WILLKIE FARR & GALLAGHER LLP
Richard D. Bernstein
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Fax: (202) 303-2000

WILLKIE FARR & GALLAGHER LLP
Todd Cosenza
787 Seventh Avenue
New York, NY 10019-6099, U.S.A.
Telephone: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Defendants Facebook, Inc., Mark Zuckerberg, James W. Breyer, Peter A. Thiel, Marc L. Andreeson, Erksine B. Bowles,  Donald E. Graham, And Reed Hastings*